UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AYASHA MIMS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>RA SUSHI ADDISON CORP.,<br><br>Defendant. | §§§§§§§§§§<br><br>CIVIL ACTION NO. 3:22-cv-01437-S |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff, AYASHA MIMS, and Defendant, RA SUSHI ADDISON CORP., by and through their respective undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims by Plaintiff against Defendant, with all parties to bear their own fees and costs. Plaintiff acknowledges that Defendant denies any wrongdoing or liability with respect to the claims asserted by Plaintiff in this action.

Respectfully submitted,

ATTORNEYS FOR PLAINTIFF

*/s/ Josh Sanford*
Josh Sanford
Texas Bar No. 24077858
josh@sanfordlawfirm.com
SANFORD LAW FIRM, PLLC
10800 Financial Centre Parkway, Suite 510
Little Rock Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (800) 787-2040

*/s/ Sara S. Staha*
Ingrid H. Ponce (lead counsel)
*appearing *pro hac vice*
Florida Bar No. 166774
iponce@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 West Flagler, Suite 2200
Miami, FL  33130
Telephone:    (305) 789-3385

        Sara S. Staha
        State Bar No. 24088368
        sara.staha@hklaw.com
        HOLLAND & KNIGHT LLP
        1722 Routh Street, Suite 1500
        Dallas, TX  75201
        Telephone:   (214) 964-9500
        Facsimile:    (214) 964-9501

        **ATTORNEYS FOR DEFENDANT**
        **RA SUSHI ADDISON CORP.**

# Exhibit B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AYASHA MIMS, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>vs.<br><br>RA SUSHI ADDISON CORP.,<br><br>  Defendant. | §§§§§§§§§§<br><br>CIVIL ACTION NO. 3:22-cv-01437-S |

### ORDER OF DISMISSAL

Plaintiff AYASHA MIMS and Defendant RA SUSHI ADDISON CORP., having stipulated to the dismissal with prejudice of all claims in this lawsuit, it is accordingly,

ORDERED and ADJUDGED that all of AYASHA MIMS' claims against RA SUSHI ADDISON CORP., in this lawsuit shall be, and hereby are, DISMISSED WITH PREJUDICE, with each party to bear her or its own costs of court and attorneys' fees.

SIGNED in Dallas, Texas this _____ day of _____, 2023

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE