UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **AYASHA MIMS, Individually and on Behalf of All Others Similarly Situated,** § § § | | |
| **Plaintiff,** § | | |
| § | **CIVIL ACTION NO. 3:22-cv-01437-S** | |
| vs. § | | |
| § | | |
| **RA SUSHI ADDISON CORP.,** § § | | |
| **Defendant.** § | | |

## ORDER OF DISMISSAL

Plaintiff AYASHA MIMS and Defendant RA SUSHI ADDISON CORP., having stipulated to the dismissal with prejudice of all claims in this lawsuit, it is accordingly,

ORDERED and ADJUDGED that all of AYASHA MIMS' claims against RA SUSHI ADDISON CORP., in this lawsuit shall be, and hereby are, DISMISSED WITH PREJUDICE, with each party to bear her or its own costs of court and attorneys' fees.

SIGNED in Dallas, Texas this _____ day of _____, 2023

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE