# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| AYASHA MIMS, Individually and on Behalf of All Others Similarly Situated § § § § § § § | CIVIL ACTION NO. 3:22-CV-1437-S |
| v. | |
| RA SUSHI ADDISON CORP. | |

## ORDER

The parties have filed a Joint Stipulation of Dismissal with Prejudice [ECF No. 20]. The Clerk is directed to **REOPEN** this case to enable the dismissal of this case with prejudice pursuant to the parties' Stipulation.

In light of the Stipulation, all claims that Plaintiff asserts, or could have asserted, against Defendant in this lawsuit are hereby **DISMISSED WITH PREJUDICE**. Each party will bear their own attorney's fees and costs. All relief not expressly granted is **DENIED**.

**SO ORDERED.**

SIGNED September 20, 2023.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**